# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0160. BRIUNA SHENAE BROWNER v. THE STATE.**

This case was docketed by this court on August 10, 2018. Appellant's brief and enumerations of error were due on August 30, 2018, pursuant to Court Rule 23(a). As of the date of this order, appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court Rules 13 and 23(a).

Because appellant is represented by counsel, she is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). This appeal has been dismissed because no appellant's brief has been filed. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to appellant as well as to appellant's attorney, and the latter is also directed to send a copy to appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*